DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

AHMED ELNENAEY,

Appellant,

v.

LAILA ELKADI,

Appellee.

No. 2D2025-1247

————————————————

May 13, 2026

Appeal from the Circuit Court for Hillsborough County; Frances M. Perrone, Judge.

Ahmed Elnenaey, pro se.

Laila Elkadi, pro se.

ROTHSTEIN-YOUAKIM, Judge.

Ahmed Elnenaey appeals a final judgment of injunction for protection against domestic violence entered against him as well as the trial court's denial of his motion to vacate that judgment. We dismiss for lack of jurisdiction his appeal of the judgment because his motion to vacate did not toll rendition of the judgment. *See* Fla. Fam. L. R. P. 12.540(b) ("A motion under this subdivision does not affect the finality of a judgment or suspend its operation."); *see also Hatton v. Barnett Bank of Palm Beach Cnty.*, 550 So. 2d 65, 66 (Fla. 2d DCA 1989) (noting that motions filed under counterpart Florida Rule of Civil Procedure 1.540 "do

not suspend rendition of the final judgment (and therefore do not toll the time for filing an appeal)").

Although we have jurisdiction to review the trial court's denial of Elnenaey's motion to vacate, *see* Fla. R. App. P. 9.130(a)(5), we affirm because Elnenaey did not support his motion with an affidavit or other sworn statement, *see Geer v. Jacobsen*, 880 So. 2d 717, 720 (Fla. 2d DCA 2004) ("Excusable neglect must be proven by sworn statements or affidavits. Unsworn assertions of excusable neglect are insufficient." (quoting *DiSarrio v. Mills*, 711 So. 2d 1355, 1356 (Fla. 2d DCA 1998))).

Dismissed in part; affirmed in part.

KELLY and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.